UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60071-CR-WPD/Snow

18 U.S.C. § 922(a)(6)

UNITED STATES OF AMERICA

v.

OLLIE MOSLEY,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about October 25, 2021, in Broward County, in the Southern District of Florida, the defendant,

**OLLIE MOSLEY,**

in connection with the attempted acquisition of a firearm from a federally licensed firearms dealer, that is, US Pawn located at 400 W. Sunrise Boulevard in Fort Lauderdale, Florida did knowingly cause a false and fictitious written statement to be made to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the acquisition of said firearm, in that the defendant stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he had not been convicted of a crime for which a judge could have imprisoned him for more than one year, when in truth and in fact, and as the defendant then and there well knew, he had been convicted of a crime for which a judge could have imprisoned him for more than one year, in violation of Title 18, United States Code, Section 922(a)(6).

It is further alleged that the firearm was one (1) Diamond Back 9mm Firearm model DB9 bearing serial number YL4937.

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

JODI ANTON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

OLLIE MOSLEY,

_____/

CASE NO.: 22-60071-CR-WPD/Snow

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☒ FTL
- ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take 3 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I ☒ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                           Case No.
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.
8. Does this case relate to a previously filed matter in this District Court? (Yes or No)
   If yes, Judge                           Case No.
9. Defendant(s) in federal custody as of
10. Defendant(s) in state custody as of
11. Rule 20 from the                District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
JODI ANTON
Assistant United States Attorney
Court ID No.    A5501753

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Ollie Mosley

**Case No:** _____

Count #: 1

Making False Statements to a Firearms Dealer

18 U.S.C. § 922(a)(6)

* **Max.Penalty:** 10 years' imprisonment; 3 years' of supervised release; $250,000 fine

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.